**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RASUL MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-cv-08333 |
| v. | ) | |
| | ) | |
| SYDELL GROUP LLC, GEORGE SUPER | ) | Judge Robert M. Dow, Jr: |
| TOPCO LLC, SYDELL HOSTEL MANAGER | ) | |
| LLC, SYDELL HOSTEL MARKS LLC, AND | ) | |
| GEORGE SPV I LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad

and Defendants SYDELL GROUP LLC, GEORGE SUPER TOPCO LLC, SYDELL HOSTEL

MANAGER LLC, SYDELL HOSTEL MARKS LLC, AND GEORGE SPV I LLC by and through

their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the

instant action against SYDELL GROUP LLC **_only_**, the dismissed party to bear its own costs and

attorney's fees. It is further stipulated that the remaining Defendants purchased the liabilities,

ownership and/or operation of the website at issue in this lawsuit prior to the date Plaintiff alleges

he encountered the alleged violation of law asserted in this lawsuit, and therefore, on the facts

presently alleged, are the proper defendants to this lawsuit.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*

R. Joseph Kramer
KRAMER INJURY LAW LLC
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (312) 775-1012
Joe@rjklawyer.com

*Attorney for Plaintiff Muhammad*

s/ *Kristina Launey*

Kristina Launey
Seyfarth Shaw LLP
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Phone: (916) 498-7034
KLauney@seyfarth.com

*Attorney for Remaining Defendants*

s/ *Luke P. McLoughlin*

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: (215) 979-1167
LPMcLoughlin@duanemorris.com

*Attorney for Defendant, Sydell Group LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on May 7, 2020.

*/s/ Jennifer Long*