IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE SUPER TOPCO LLC, )<br>SYDELL HOSTEL MANAGER LLC, )<br>SYDELL HOSTEL MARKS LLC, AND )<br>GEORGE SPV I LLC, )<br>)<br>Defendants. ) | No. 19-cv-8333<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Sidney I. Schenkier |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendants GEORGE SUPER TOPCO LLC, SYDELL HOSTEL MANAGER LLC, SYDELL HOSTEL MARKS LLC, AND GEORGE SPV I LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the instant action, with leave to reinstate prior to September 4, 2020. If no motion for reinstatement is filed before September 4, 2020, the parties stipulate the dismissal will convert to a dismissal with prejudice without costs and attorney's fees except as more fully set forth in their Settlement Agreement and Release.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Kristina Launey* |
| R. Joseph Kramer | Kristina Launey |
| KRAMER INJURY LAW LLC | SEYFARTH SHAW LLP |
| 225 W. Washington Street, Ste. 2200 | 400 Capitol Mall, Suite 2350 |
| Chicago, IL 60606 | Sacramento, CA 95814-4428 |
| Phone: (312) 775-1012 | Phone: (916) 498-7034 |
| joe@rjklawyer.com | klauney@seyfarth.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |

1

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on July 16, 2020.

                                             */s/* R. Joseph Kramer  
                                             R. Joseph Kramer